RECEIVED
IN ALEXANDRIA, LA.

APR 1 2 2013

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT FRANK JOHNSON,<br>Plaintiff | CIVIL ACTION<br>NO. 1:12-CV-02339 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| JOE P. YOUNG, et al.,<br>Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation and the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Respondents' motion to dismiss (Doc. 19) is GRANTED and Johnson's Section 2241 petition for writ of habeas corpus is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 12th day of April 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE